**FILED**

MAY 18 2005

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT OF INDICTMENT IN REMOVAL PROCEEDINGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) SS | **05CR 443** |
| NORTHERN DISTRICT OF ILLINOIS | ) | CASE NUMBER: _____ |

**MAGISTRATE JUDGE MASON**

The undersigned Affiant personally appeared before __Michael T. Mason__, a United States Magistrate Judge, and being duly sworn on oath, states: That in _the Northern District of Georgia_, one ___MICHAEL GARDNER___, was charged with __18 U.S.C. 1344 and 2__ and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that an Arrest Warrant is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

_Michelle Uthe_
Michelle Uthe, Special Agent
United States Treasury Department

Subscribed and Sworn to before me this
_18th_ day of _May_, 2005.

_Michael T. Mason_
United States Magistrate Judge
Michael T. Mason

_Brandon Spurlock_
Brandon L. Spurlock
Assistant United States Attorney

AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

**ORIGINAL**

RECEIVED
05 APR 27 AM 11:31
U.S. MARSHALS SERVICE
NORTHERN GEORGIA

UNITED STATES OF AMERICA,

vs.

MICHAEL GARDENER
Agent to Arrest

**WARRANT FOR ARREST**

CASE NO. 1:05-CR-195

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest MICHAEL GARDENER and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Bank Fraud

in violation of Title 18, United States Code, Section(s) 1344

LUTHER D. THOMAS
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

April 27, 2005 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By: _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: _____

Date of Arrest: _____

Name and Title of Arresting Officer

Signature of Arresting Officer

FILED IN CHAMBERS
APR 27 2005
U.S. MAGISTRATE JUDGE
N.D. GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

TARDUS HARDNETT,
and MICHAEL GARDNER

CRIMINAL INDICTMENT

NO. 1 05-CR-195

THE GRAND JURY CHARGES THAT:

### COUNT ONE

1. Beginning on or about December 16, 1999, and continuing until on or about May 31, 2000, in the Northern District of Georgia and elsewhere, the defendants, TARDUS HARDNETT, and MICHAEL GARDNER, did combine, conspire, confederate, agree and have a tacit understanding with each other to commit an offense against the United States, that is bank fraud, by conspiring to devise and intending to devise a scheme and artifice to obtain any of the moneys, funds, credits, securities, and other property owned by and under the custody and control of Bank of America, a financial institution, whose deposits were insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses, representations, and promises, as well as by omissions of material facts; well knowing and having reason to know that said pretenses, representations and promises were and would be false, and that said omissions were and would be material, in violation of Title 18, United States Code, Section 1344.

## MANNER AND MEANS

2. Beginning in or about December 1999, it was pertinent to the scheme to defraud that TARDUS HARDNETT and MICHAEL GARDNER worked at a Bank of America office located at 1688 Phoenix Parkway, College Park, Georgia.

3. It was further pertinent to the scheme that the United States Internal Revenue Service entered into a contract with Bank of America for Bank of America to receive income tax returns and income tax payments from federal taxpayers on behalf of the Internal Revenue Service and to process the tax payments for the Internal Revenue Service.

4. It was part of the scheme to defraud that TARDUS HARDNETT and MICHAEL GARDNER stole money orders that were sent by individuals to pay their federal income taxes, all made payable to the IRS that Bank of America received and was to process.

5. It was part of the scheme to defraud that TARDUS HARDNETT and MICHAEL GARDNER, forged their names on the money orders and negotiated the money orders at check cashing facilities and at offices of the United States Postal Service in the metropolitan Atlanta, Georgia area.

## OVERT ACTS

6. In furtherance of the conspiracy, and to effect the objects and purposes thereof, the defendants, TARDUS HARDNETT, and MICHAEL GARDNER, committed and caused to be committed the following

overt acts, among others, in the Northern District of Georgia and elsewhere:

On or about the dates listed below, the defendants, TARDUS HARDNETT, and MICHAEL GARDNER, in the Northern District of Georgia negotiated the below listed stolen money orders:

| Overt Act No | Date money order cashed | Money Order Number | Type of Money Order | Amount | Taxpayer's Initials |
|---|---|---|---|---|---|
| 1 | 12/31/1999 | 2835064579 | WU | 350.00 | I. M. |
| 2 | 1/3/2000 | 2944124208 | WU | 100.00 | F. C. |
| 3 | 1/5/2000 | 2765120698 | WU | 80.00 | G. V. |
| 4 | 1/12/2000 | 84068966553 | USPS | 200.00 | G. C. |
| 5 | 1/27/2000 | 84583044731 | USPS | 250.00 | J. M. |
| 6 | 2/5/2000 | 85118440656 | USPS | 270.00 | C. M. |
| 7 | 2/14/2000 | 85119950766 | USPS | 300.00 | J. G. |
| 8 | 2/14/2000 | 01369920453 | USPS | 411.00 | S. H. |
| 9 | 2/17/2000 | 94501813868 | TE | 300.00 | J. D. |
| 10 | 2/18/2000 | 94792660853 | TE | 350.00 | M. C. |
| 11 | 2/25/2000 | 2968222671 | WU | 50.00 | M. J. |
| 12 | 3/3/2000 | 95188028991 | TE | 100.00 | J. A. |
| 13 | 3/7/2000 | 85119439714 | USPS | 50.00 | P. E. |
| 14 | 3/8/2000 | 2823175876 | WU | 200.00 | D. R. |
| 15 | 3/10/2000 | 71727150242 | TE | 123.00 | R. L. |
| 16 | 3/15/2000 | 94839770289 | TE | 300.00 | L. J. |
| 17 | 3/26/2000 | 85121920012 | USPS | 200.00 | A. A. |
| 18 | 4/10/2000 | 85006516151 | USPS | 393.00 | J. M. |
| 19 | 4/18/2000 | 85006182767 | USPS | 700.00 | D. D. |
| 20 | 4/21/2000 | 84073810814 | USPS | 500.00 | W. S. |
| 21 | 5/1/2000 | 85006182756 | USPS | 700.00 | D. D. |
| 22 | 5/27/2000 | 94125152044 | TE | 50.00 | L. L. |
| 23 | 5/31/2000 | 95188028991 | TE | 390.00 | R. J. |
|  |  |  | Total | $6,667.00 |  |

All in violation of Title 18, United States Code, Section 371.

3

## COUNTS TWO -TWENTY-FOUR

7. Paragraphs One through Six are realleged and incorporated by reference.

8. On or about the dates listed below, in the Northern District of Georgia, the defendants, TARDUS HARDNETT, and MICHAEL GARDNER, aided and abetted by each other, having devised and intending to devise the aforesaid scheme and artifice to obtain moneys by means of false and fraudulent pretenses, representations, and promises, from the custody and control of Bank of America, a financial institution, which is an insured depository institution as defined in section 3(c)(2) of Federal Deposit Act, did knowingly execute and attempt to execute the aforesaid scheme to defraud by negotiating the below listed stolen money orders:

| Ct No | Date money order negotiated | Money Order Number | Type of Money Order | Amount | Taxpayer's Initials |
|---|---|---|---|---|---|
| 2 | 12/31/1999 | 2835064579 | WU | 350.00 | I. M. |
| 3 | 1/3/2000 | 2944124208 | WU | 100.00 | F. C. |
| 4 | 1/5/2000 | 2765120698 | WU | 80.00 | G. V. |
| 5 | 1/12/2000 | 84068966553 | USPS | 200.00 | G. C. |
| 6 | 1/27/2000 | 84583044731 | USPS | 250.00 | J. M. |
| 7 | 2/5/2000 | 85118440656 | USPS | 270.00 | C. M. |
| 8 | 2/14/2000 | 85119950766 | USPS | 300.00 | J. G. |
| 9 | 2/14/2000 | 01369920453 | USPS | 411.00 | S. H. |
| 10 | 3/17/2000 | 94501813868 | TE | 300.00 | J. D. |
| 11 | 2/18/2000 | 94792660853 | TE | 350.00 | M. C. |
| 12 | 2/25/2000 | 2968222671 | WU | 50.00 | M. J. |
| 13 | 3/3/2000 | 35188028991 | TE | 100.00 | J. A. |
| 14 | 3/7/2000 | 85119439714 | USPS | 50.00 | P. E. |
| 15 | 3/8/2000 | 2823175876 | WU | 200.00 | D. R. |
| 16 | 3/10/2000 | 71727150242 | TE | 123.00 | R. L. |
| 17 | 3/15/2000 | 94839770289 | TE | 300.00 | L. J. |

4

| Ct No | Date money order negotiated | Money Order Number | Type of Money Order | Amount | Taxpayer's Initials |
|---|---|---|---|---|---|
| 18 | 3/26/2000 | 85121920012 | USPS | 200.00 | A. A. |
| 19 | 4/10/2000 | 85006516151 | USPS | 393.00 | J. M. |
| 20 | 4/18/2000 | 85006182767 | USPS | 700.00 | D. D. |
| 21 | 4/21/2000 | 84073810814 | USPS | 500.00 | W. S. |
| 22 | 5/1/2000 | 85006182756 | USPS | 700.00 | D. D. |
| 23 | 5/27/2000 | 94125152044 | TE | 50.00 | L. L. |
| 24 | 5/31/2000 | 95188028991 | TE | 390.00 | R. J. |
| | | | Total | $6,667.00 | |

All in violation of Title 18, United States Code, Sections 1344 and 2.

A _____TRUE_____ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

_____
DAVID M. LETA
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000
404/581-6181 (Fax)
Georgia Bar No. 447931

ATTEST: A TRUE COPY
CERTIFIED THIS

Luther D. Thomas, Clerk

By: _____
Deputy Clerk 4/27/05

5