PROB 22
(Rev. 2/88)

**JUDGE PALLMEYER**

**MAGISTRATE JUDGE MASON**

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| | | DOCKET NUMBER *(Tran. Court)* |
| | | 1:05-CR-195-2-WBH |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 05 CR 443 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael Gardner | Northern District of Georgia | Atlanta |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Willis B. Hunt, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 10/18/2005 — TO 10/19/2010 |

**05 CR 443**

**OFFENSE**

Conspiracy to Commit Bank Fraud, 18 U.S.C. §371

**FILED**

OCT 2 1 2009

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN District of ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/28/09
Date

*signature*
Honorable Willis B. Hunt, Jr.
Senior United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

OCT 1 6 2009
Effective Date

*signature*
United States District Judge