AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
## Northern District of Illinois
### Eastern Division

United States of America

v.

Michael Gardner

**WARRANT FOR ARREST**

FILED
11-17-09
NOV 17 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 05 cr 443-1

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Michael Gardner** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

    Indictment     Information     Complaint     X Order of court     Violation Notice
Probation     Violation Petition

charging him or her with:     **Rule to show cause for failure**
To comply with conditions of supervised release
(See Attachment).

in violation of Title United States Code, Section(s)

Yvette Pearson  Issuing Officer

Signature of Issuing Officer

Bail fixed at $

U.S. Deputy Clerk

November 12, 2009; Chicago

, Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Diego Grimaldo / Deputy US Marshal / Dg Mll |
| Date Received: 11/17/09    Name and Title of Arresting Officer    Signature of Arrest Officer |
| Date of Arrest |